IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| IN RE:<br><br>NOBLE HEALTH REAL ESTATE II, LLC,<br><br>Debtor. | Case No.: 23-20100-can11<br>Chapter 11 |
| JEANETTE QUINN, on behalf of herself and a class of similarly situated former employees,<br><br>Plaintiff,<br><br>vs.<br><br>NOBLE HEALTH REAL ESTATE II, LLC, et al.<br><br>Defendants. | Adversary Case No. 24-02002-can |

PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE

COMES NOW Jeanette Quinn, on behalf of herself and a class of similarly situated persons ("Former Employees"), for her Notice of Dismissal Without Prejudice, and states as follows:

1. On January 5, 2024, Plaintiff instituted this adversary proceeding.

2. On February 12, 2024, Plaintiff filed an amended complaint.

3. Fed. R. Bank. Proc. 7041 provides the Fed. R. Civ. Proc. 41 applies to adversary proceedings, with limited exceptions inapplicable here.

4. No defendant has filed an Answer or moved for summary judgment.

5. Pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(i), Plaintiff hereby gives notice of her dismissal of *Quinn v. Noble Health Real Estate II, LLC, et al.,* Adversary Case No. 24-02002-can without prejudice. Each party should bear its own attorney fees and costs.

Respectfully submitted,

LEAR WERTS LLP

Todd C. Werts

Todd C. Werts, MO Bar # 53288
103 Ripley Street
Columbia, MO 65201
Telephone: 573-875-1991
Facsimile: 573-279-0024
Email: werts@learwerts.com

ATTORNEYS FOR JEANETTE QUINN AND THE CLASS SHE SEEKS TO REPRESENT